```
FILED
IN CLERKS OFFICE
        UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
2004 OCT 19 P 12:42
                              DOCKET NO.
U.S. DISTRICT COURT
  DISTRICT OF MASS.
```

| | |
|---|---|
| RECEIPT # | |
| AMOUNT $ | 150 |
| SUMMONS ISSUED | |
| LOCAL RULE 4.1 | |
| WAIVER FORM | |
| MCF ISSUED | |
| BY DPTY. CLK. | |
| DATE | 10-19-04 |

MARIA MIARA,
Plaintiff,

v.

FIRST ALLMERICA FINANCIAL
LIFE INSURANCE COMPANY,
JOSEPH F. BONASERA, BAKER
ASSOCIATES INSURANCE AGENCY INC,
and GARY M. BAKER,
Defendants

NOTICE OF REMOVAL TO THE
UNITED STATES DISTRICT
COURT

04-12188WGY

MAGISTRATE JUDGE Cohen

Defendants Baker Associates Insurance Agency Inc. and Gary M. Baker (hereinafter "Defendants"), respectfully petition this Court for removal of the above-entitled action to the United States District Court for the District of Massachusetts from the Suffolk Superior Court of the Commonwealth of Massachusetts, and for this Notice of Removal states:

1. The defendant has been named in a civil action in the Suffolk Superior Court of the Commonwealth of Massachusetts in and for Suffolk County, entitled <u>Maria Miara v. First Allmerica Financial Life Insurance Company, Joseph F. Bonasera, Baker Associates Insurance Agency Inc. and Gary M. Baker</u>, Civil Action No. 04-4067B. A copy of the First Amended Complaint filed herein was served upon the defendant on September 20, 2004. A copy of the First Amended Complaint and Summons are attached hereto as **Exhibit 1**.

2. The claims against the defendant are wholly civil in nature and are brought in a Massachusetts state court. Plaintiff seeks to recover benefits under an ERISA-regulated Defined Benefits Plan. The action is pending in Suffolk County, Massachusetts, and accordingly, under

28 U.S.C. §§ 101 and 1441(a)&(c), the United States District Court for the District of Massachusetts is the proper forum for removal.

3.  The aforementioned Defined Benefits Plan (the "Plan") provides benefits to customers and beneficiaries residing in Massachusetts. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1001-1461.

4.  29 U.S.C.S. sec. 1132 A(1) provides the exclusive federal remedies for resolution of suits by beneficiaries to recover benefits from an ERISA plan. 29 U.S.C. §1132(a)(1)(B); see also Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41 (1987). Causes of action filed in state court which are preempted by ERISA and come within the scope of §502(a)(1) of ERISA, 29 U.S.C. §1132(a)(1), are removable to federal court under 28 U.S.C. § 1441(a)&(c) as actions arising under federal law, even when state law claims are asserted or when the ERISA-related nature of the action does not appear on the face of the complaint. Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58 (1987).

5.  In addition, under § 502(e) of ERISA, 29 U.S.C. § 1132(e), this Court has original federal question jurisdiction. See 28 U.S.C. § 1331. As actions of a civil nature founded on claims or rights arising under the laws of the United States, the claims against the defendant is properly removable under 28 U.S.C. § 1441(a)&(c).

6.  This notice is filed within thirty (30) days of notice of the suit, within thirty days of the date this action became removable, and within the time for filing this notice. See 28 U.S.C. § 1446.

7.  The defendants will file a notice of the filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Suffolk Superior Court of the Commonwealth of Massachusetts in and for Suffolk County.

8.  Pursuant to Local Rule 81.1(A), the defendants shall request of the Clerk of the Suffolk Superior Court of the Commonwealth of Massachusetts, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, the defendant prays that the above action now pending in the Suffolk Superior Court of the Commonwealth of Massachusetts in and for Suffolk County be removed from that Court to this United States District Court.

Respectfully submitted,

BAKER ASSOCIATES INSURANCE AGENCY, INC., and GARY M. BAKER,

By their attorneys,

MORRISON MAHONEY LLP

*Richard L. Neumeier*

Richard L. Neumeier
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on October 19, 04

Richard L. Neumeier