UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARIA MIARA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-12188-WGY |
| v. | ) | |
| | ) | |
| FIRST ALLMERICA FINANCIAL | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| JOSEPH F. BONASERA, BAKER | ) | |
| ASSOCIATES INSURANCE AGENCY INC. | ) | |
| and GARY M. BAKER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT FIRST ALLMERICA FINANCIAL LIFE
INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, First Allmerica Financial Life Insurance Company, by and through its attorneys, states that it is an indirectly wholly-owned subsidiary of Allmerica Financial Corporation, a publicly-traded company, and a direct subsidiary of Allmerica Financial Life Insurance and Annuity.

{B0346813; 1}

- 2 -

        Respectfully submitted,

        FIRST ALLMERICA FINANCIAL
        LIFE INSURANCE COMPANY,

        By its attorneys,

Dated: November 17, 2004        /s/ Cherie Bosarge Dutton
        Cherie Bosarge Dutton  (BBO #655136)
        cdutton@sandw.com
        William T. Matlack  (BBO #552109)
        wmatlack@sandw.com
        SULLIVAN & WORCESTER LLP
        One Post Office Square
        Boston, MA  02109
        (617) 338-2800