UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-12188WGY

| | |
|---|---|
| MARIA MIARA,<br>　　　Plaintiff | )<br>)<br>) |
| v. | ) PLAINTIFF'S<br>) MOTION TO REMAND |
| FIRST ALLMERICA FINANCIAL<br>LIFE INSURANCE COMPANY,<br>et al.,<br>　　　Defendants | )<br>)<br>)<br>)<br>) |

　　　Plaintiff, Maria Miara, moves to remand this case to the Massachusetts Superior Court on the ground that this Court lacks subject matter jurisdiction over this matter, as Plaintiff's causes of action do not arise under ERISA and there are no other grounds for federal jurisdiction..

　　　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　By her attorneys,

　　　　　　　　　　　　_____
　　　　　　　　　　　　Shannon M. Fitzpatrick (BBO# 551090)
　　　　　　　　　　　　NATHANSON & GOLDBERG
　　　　　　　　　　　　Two Oliver Street, 8th Floor
　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　Telephone: (617) 210-4812
　　　　　　　　　　　　Telecopy: (617/210-4812)

LOCAL RULE 7.1 CERTIFICATION

　　　I hereby certify that I have conferred with counsel and have attempted in good faith to resolve or narrow the issues presented by this motion.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Shannon M. Fitzpatrick

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for defendants Gary M. Baker, Baker Associates Insurance Agency and First Allmerica Financial Insurance Company and upon Attorney William D. Chapman, who has not yet filed a notice of appearance but whom has informed the undersigned that he represents Joseph F. Bonasera, by mail on October 22, 2004.

*Shannon M. Fitzpatrick*
Shannon M. Fitzpatrick