UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-12188WGY



| | |
|---|---|
| MARIA MIARA, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | PLAINTIFF'S |
| ) | REMOVAL OF DEFAULT |
| FIRST ALLMERICA FINANCIAL ) | AGAINST DEFENDANT |
| LIFE INSURANCE COMPANY, ) | BONASERA |
| et al., ) | |
| Defendants ) | |
| ) | |

Plaintiff, Maria Miara, voluntarily seeks to remove the entry of default against defendant Joseph F. Bonasera on the grounds that said defendant did not receive actual or constructive notice of the summons and complaint that was left at his last known address on September 20, 2004.

PLAINTIFF,
By her attorneys,

Shannon M. Fitzpatrick (BBO# 551090)
NATHANSON & GOLDBERG
Two Oliver Street, 8th Floor
Boston, MA 02109
Telephone: (617) 210-4812
Telecopy: (617/210-4812)
Email: smf@natgolaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for defendants Gary M. Baker, Baker Associates Insurance Agency and First Allmerica Financial Insurance Company and upon Attorney William D. Chapman, who has not yet filed a notice of appearance but whom has informed the undersigned that he represents Joseph F. Bonasera, by mail on November 19, 2004.

Shannon M. Fitzpatrick