UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA MIARA, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>FIRST ALLMERICA FINANCIAL )<br>LIFE INSURANCE COMPANY, )<br>JOSEPH F. BONASERA, BAKER )<br>ASSOCIATES INSURANCE AGENCY INC. )<br>and GARY M. BAKER, )<br>)<br>　　　　Defendants. )<br>) | Civil Action No. 04-12188-WGY |

**<u>NOTICE OF APPEARANCE</u>**

The undersigned appears as counsel for the defendant First Allmerica Financial Life Insurance Company in the above-entitled case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FIRST ALLMERICA FINANCIAL
　　　　　　　　　　　　　　　　　　　　LIFE INSURANCE COMPANY,

　　　　　　　　　　　　　　　　　　　　By its attorneys,

Dated: December 3, 2004　　　　　　　　/s/ William T. Matlack
　　　　　　　　　　　　　　　　　　　　William T. Matlack  (BBO #552109)
　　　　　　　　　　　　　　　　　　　　wmatlack@sandw.com
I hereby certify that a copy of the above document　　Cherie Bosarge Dutton  (BBO #655136)
was served this day by mail on all counsel of　　　　cdutton@sandw.com
record not electronically served.　　　　　　　　　　SULLIVAN & WORCESTER LLP
　　　　　　　　　　　　　　　　　　　　One Post Office Square
/s/ Cherie Bosarge Dutton　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　　　(617) 338-2800

{B0349215; 2}