UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:04-CV-12188-WGY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                              \*

MARIA MIARA,                        \*
      Plaintiff,               \*
                              \*
v.                                \*
                              \*
FIRST ALLMERICA FINANCIAL   \*
LIFE INSURANCE COMPANY,     \*
JOSEPH F. BONASERA, BAKER    \*
ASSOCIATES INSURANCE        \*
AGENCY, INC. and            \*
GARY M. BAKER,             \*
      Defendants.           \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER AND JURY CLAIM OF THE DEFENDANT, JOSEPH F. BONASERA, TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT

The defendant, Joseph F. Bonasera, in the above-captioned matter, hereby makes this his answer to the plaintiff's first amended complaint.

## FIRST DEFENSE

**Parties**

1. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and calls upon the plaintiff to prove the same.

2. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and calls upon the plaintiff to prove the same.

3. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and calls upon the plaintiff to prove the same.

4. The defendant admits the allegations of paragraph 4 of the complaint.

5.   The defendant admits he is an individual and was formerly an employee and authorized representative of State Mutual and Allmerica.  The defendant denies the remainder of the allegations of paragraph 5.

**Facts**

6.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and calls upon the plaintiff to prove the same.

7.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and calls upon the plaintiff to prove the same.

8.   The defendant admits that he met the plaintiff and her husband.  The defendant denies the remainder of the allegations of paragraph 8, as phrased.

9.   The defendant denies the allegations of paragraph 9.

10.   The defendant denies the allegations of paragraph 10.

11.   The defendant denies the allegations of paragraph 11.

12.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and calls upon the plaintiff to prove the same.

13.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of paragraph 13 and calls upon the plaintiff to prove the same.   The defendant denies the allegations of the second sentence of paragraph 13.

14.   The defendant denies all the allegations of paragraph 14 which apply to him.  The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remainder of paragraph 14 and calls upon the plaintiff to prove the same.

15.   The defendant denies the allegations of paragraph 15.

16.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 and calls upon the plaintiff to prove the same.

17.   The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of paragraph 17 and calls

upon the plaintiff to prove the same. The defendant denies the allegations in the second sentence of paragraph 17.

18. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and calls upon the plaintiff to prove the same.

19. The defendant is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 and calls upon the plaintiff to prove the same.

20. The defendant denies all of the allegations of paragraph 20 which apply to him.

21. The defendant denies all of the allegations of paragraph 21 which apply to him.

22. The defendant denies all of the allegations of paragraph 22 which apply to him.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be dismissed and that judgment enter for the defendant, together with his costs.

## COUNT ONE

23. The defendant incorporates herein by reference his answers to paragraphs 1 through 22 and makes them his answer to paragraph 23 of Count One.

24. The defendant denies the allegations contained in paragraph 24 of Count One directed to Bonasera.

25. The defendant denies the allegations contained in paragraph 25 of Count One directed to Bonasera.

26. The defendant denies the allegations contained in paragraph 26 of Count One directed to Bonasera.

27. The defendant denies the allegations contained in paragraph 27 of Count One directed to Bonasera.

28. The defendant denies the allegations contained in paragraph 28 of Count One directed to Bonasera.

29. The defendant denies the allegations contained in paragraph 29 of Count One directed to Bonasera.

30. The defendant admits that at all relevant times he was an authorized agent and employee of Allmerica. The defendant denies that he is liable to the plaintiff for any reason.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be dismissed and that judgment enter for the defendant, together with his costs.

## COUNT TWO

31. The defendant incorporates herein by reference his answers to paragraphs 1 through 22 and makes them his answer to paragraph 31 of Count Two.

32. The defendant denies the allegations contained in paragraph 32 of Count Two directed to Bonasera.

33. The defendant denies the allegations contained in paragraph 33 of Count Two directed to Bonasera.

34. The defendant denies the allegations contained in paragraph 34 of Count Two directed to Bonasera.

35. The defendant denies the allegations contained in paragraph 35 of Count Two directed to Bonasera.

36. The defendant admits that at all relevant times he was an authorized agent and employee of Allmerica. The defendant denies that he is liable to the plaintiff for any reason.

37. Paragraph 37 of Count Two is not directed to this defendant and therefore does not require a response; however, in the event that this paragraph is read to be applicable to him, the defendant denies the allegations contained therein.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be dismissed and that judgment enter for the defendant, together with his costs.

## COUNT THREE

38. The defendant incorporates herein by reference his answers to paragraphs 1 through 22 and makes them his answer to paragraph 38 of Count Three.

39. The allegations of paragraph 39 state a legal contention requiring no response from this defendant. To the extent a response is required from this defendant, paragraph 39 is denied.

40. The defendant denies the allegations contained in paragraph 40 of Count Three directed to Bonasera.

41. The defendant denies the allegations contained in paragraph 41 of Count Three directed to Bonasera.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be

dismissed and that judgment enter for the defendant, together with his costs.

## COUNT FOUR

42. The defendant incorporates herein by reference his answers to paragraphs 1 through 22 and makes them his answer to paragraph 42 of Count Four.

43. The defendant denies the allegations contained in paragraph 43 of Count Four.

44. The defendant denies the allegations contained in paragraph 44 of Count Four directed to Bonasera.

45. The defendant denies the allegations contained in paragraph 45 of Count Four directed to Bonasera.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be dismissed and that judgment enter for the defendant, together with his costs.

## COUNT FIVE

46. The defendant incorporates herein by reference his answers to paragraphs 1 through 22 and makes them his answer to paragraph 46 of Count Five.

47. The defendant denies the allegations contained in paragraph 47 of Count Five directed to Bonasera.

48. The defendant denies the allegations contained in paragraph 48 of Count Five directed to Bonasera.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be dismissed and that judgment enter for the defendant, together with his costs.

## COUNT SIX

49. The defendant incorporates herein by reference his answers to paragraphs 1 through 22 and makes them his answer to paragraph 49 of Count Six.

50. The defendant denies the allegations contained in paragraph 50 of Count Six directed to Bonasera.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be dismissed and that judgment enter for the defendant, together with his costs.

## COUNT SEVEN

51. The defendant incorporates herein by reference his answers to paragraphs 1 through 22 and makes them his answer to paragraph 51 of Count Seven.

52. This paragraph states a legal contention requiring no response from this defendant. To the extent a response is required, the defendant admits that he engaged in business solely in his capacity as an authorized agent and/or employee of Allmerica.

53. The defendant denies the allegations contained in paragraph 53 of Count Seven directed to Bonasera.

54. The defendant denies the allegations contained in paragraph 54 of Count Seven directed to Bonasera.

55. The defendant denies the allegations contained in paragraph 55 of Count Seven directed to Bonasera.

WHEREFORE, the defendant demands that the plaintiff's complaint against him be dismissed and that judgment enter for the defendant, together with his costs.

### SECOND DEFENSE

And further answering, the defendant says that the acts complained of were not committed by a person and/or entity for whose conduct the defendant was legally responsible.

### THIRD DEFENSE

And further answering, the defendant says that if the plaintiff proves that the defendant was negligent as alleged, the plaintiff was negligent to a greater degree than the defendant and is barred from recovery under the law of Comparative Negligence.

### FOURTH DEFENSE

And further answering, the defendant says that the cause of action is barred by reason of the applicable Statute(s) of Limitations.

### FIFTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

### SIXTH DEFENSE

And further answering, the defendant says that the complaint should be dismissed

pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, including but not limited to Counts One (Promissory Estoppel), Three (Malpractice), Five (Breach of Guaranty), Six (Breach of Covenant), and Seven (Consumer Protection Act).

## SEVENTH DEFENSE

And further answering, the defendant says that to the extent that he had any obligations to the plaintiff, such obligations have been fully, completely and properly performed in every respect.

## EIGHTH DEFENSE

And further answering, the defendant says that no notice of the alleged breaches was given the defendant as required by law, and the defendant was thereby prejudiced.

## NINTH DEFENSE

And further answering, the defendant says that the plaintiff's complaint should be dismissed for lack of jurisdiction based upon the plaintiff's failure to serve a proper demand letter pursuant to M.G.L. Chapter 93A.

## TENTH DEFENSE

And further answering, the plaintiff's claims are barred by virtue of her receipt, acceptance and retention of the alleged written contract, and/or documents which relate to the alleged contract, without complaint for a reasonable period of time prior to the alleged loss.

## ELEVENTH DEFENSE

And further answering, the plaintiff's claims are barred by the doctrine of merger.

## TWELFTH DEFENSE

And further answering, the defendant says the plaintiff's claims are precluded insofar as and to the extent that the plaintiff does not have standing to make her claims.

## THIRTEENTH DEFENSE

And further answering, the defendant says that, by her words and conduct, the plaintiff is estopped from recovery in this action.

## FOURTEENTH DEFENSE

And further answering, the defendant says that the plaintiff's claims fail as they are preempted by Federal law.

## FIFTEENTH DEFENSE

And further answering, the defendant says that the plaintiff's claims are barred by virtue of the plaintiff's failure to join necessary party(ies).

## JURY CLAIM

THE DEFENDANT HEREBY MAKES CLAIM FOR A TRIAL BY JURY.

JOSEPH BONASERA,
By his attorneys:

*William D. Chapman*

William D. Chapman, BBO# 551261
Kerry D. Florio, BBO# 647489
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200

## CERTIFICATE OF SERVICE

I, William D. Chapman, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Shannon M. Fitzpatrick
NATHANSON & GOLDBERG, P.C.
Two Oliver Street
Boston, MA 02109

Richard L. Neumeier
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

William T. Matlack
Sullivan & Worcester LLP
1 Post Office Square
Boston, MA 02109

*William D. Chapman*

William D. Chapman

Date: 12-2-04