UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-12188WGY

| | |
|---|---|
| MARIA MIARA,<br>Plaintiff,<br><br>v.<br><br>FIRST ALLMERICA FINANCIAL<br>LIFE INSURANCE COMPANY.,<br>JOSEPH F. BONASERA, BAKER<br>ASSOCIATES INSURANCE AGENCY<br>INC., and GARY M. BAKER,<br>Defendants | ANSWER OF BAKER<br>ASSOCIATES INSURANCE<br>AGENCY INC., AND GARY M.<br>BAKER TO FIRST AMENDED<br>COMPLAINT |

**The Parties**

1.      Without knowledge.

2.      Admitted.

3.      The defendants deny that Gary M. Baker (Baker) resides in Mashpee, Barnstable County, Massachusetts but admit that at all times material, he was the principle officer, share holder, and authorized representative of Baker Associates.

4.      Admitted.

5.      Admitted that Bonasera is an individual and was formerly an employee and an authorized representative of State Mutual and All America; otherwise denied.

**Facts**

6.      Admitted.

7.      Admitted that Baker did suggest to bringing in Bonsera from State Mutual to discuss with plaintiff and her husband what plans were suitable for the company, otherwise denied.

1

951731v1

8. The defendants admit that Baker and Bonasera met with the plaintiff and her husband and that the plaintiff was considerably younger than her husband but deny the remaining allegations in paragraph "8".

9. Denied.

10. Denied.

11. Denied.

12. Admit effective date; without knowledge as to renewal.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Without knowledge.

17. Without knowledge.

18. Without knowledge.

19. Without knowledge.

20. Without knowledge.

21. Denied.

22. Without knowledge.

### Count One
### (Promissory Estoppel)

23. Baker and Baker Associates repeat their responses to paragraph 1-22.

24. Denied as to Baker.

25. Denied as to Baker.

26. Denied.

27. Denied.

951731v1

28. Denied.

29. Denied.

30. Denied.

## Count Two
### (Negligence Misrepresentation)

31. Baker and Baker Associates repeat their response to paragraphs 1-22.

32. Denied as to Baker.

33. Without knowledge.

34. Without knowledge.

35. Denied as to Baker.

36. Without knowledge.

37. Denied.

## Count Three
### (Malpractice)

38. Baker and Baker Associates repeat their responses to paragraphs 1-22.

39. Denied as to Baker and Baker Associates.

40. Denied as to Baker and Baker Associates.

41. Denied as to Baker and Baker Associates.

## Count Four
### (Breach of Contract)

42. Baker and Baker Associates repeat their response to paragraphs 1-22.

43. Denied as to Baker and Baker Associates.

44. Denied as to Baker and Baker Associates.

45. Denied as to Baker and Baker Associates.

951731v1

## Count Five
### (Breach of Guaranty)

46. Baker and Baker Associates repeat their response to paragraphs 1-22.

47. Denied as to Baker and Baker Associates.

48. Denied as to Baker and Baker Associates.

## Count Six
### (Breach of Covenant of Good Faith and Fair Dealing)

49. Baker and Baker Associates repeat their response to paragraphs 1-22.

50. Denied as to Baker and Baker Associates.

## Count Seven
### (Consumer Protection Act)

51. Baker and Baker Associates repeat their response to paragraphs 1-22.

52. Admitted.

53. Denied as to Baker and Baker Associates.

54. Denied as to Baker and Baker Associates.

55. Denied as to Baker and Baker Associates.

### First Affirmative Defense

The complaint fails to state a claim for which relief can be granted.

### Second Affirmative Defense

Plaintiff is barred from recovery by reason of unclean hands.

### Third Affirmative Defense

Plaintiff's common law claims are preempted by ERISA.

### Fourth Affirmative Defense

Plaintiff's alleged injuries, if any, were caused by the negligence or contributory negligence of the plaintiff and/or third parties.

**Fifth Affirmative Defense**

The claims are barred by the applicable statute of limitations.

WHEREFORE, the defendants demand judgment dismissing the complaint together with costs and such other relief as this court may deem appropriate.

Respectfully submitted,

BAKER ASSOCIATES INSURANCE AGENCY, INC., and GARY M. BAKER,

By their attorneys,

*/s/ Richard L. Neumeier*

Richard L. Neumeier
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on  12-8-04

*/s/ Richard L. Neumeier*
Richard L. Neumeier

5

951731v1