UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MIARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.04-12188-WGY |
| FIRST ALLMERICA FINANCIAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| JOSEPH F. BONASERA, ) | |
| BAKER ASSOCIATES INSURANCE ) | |
| AGENCY, AND ) | |
| GARY M. BAKER ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER OF CERTIFICATION

YOUNG, C.J.                                            June 16, 2005


    The question of law certified to the United States Court of Appeals for the First Circuit is: does ERISA preempt state law claims against an insurer, an insurance agency, and an insurance agent stemming from misrepresentations and assurances made by the insurance agent (acting on behalf of the insurer) in connection with the establishment of an employee benefit plan.

    SO CERTIFIED.

/s/ William G. Young

WILLIAM G. YOUNG
CHIEF JUDGE