```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                          CIVIL ACTION NO: 1:04-CV-12188-WGY

* * * * * * * * * * * * * * * *
MARIA MIARA,                   *
                               *
      Plaintiff,               *
                               *
v.                             *
                               *
FIRST ALLMERICA FINANCIAL LIFE *
INSURANCE COMPANY, JOSEPH F.   *
BONASERA, BAKER ASSOCIATES     *
INSURANCE AGENCY, INC. and          *
GARY M. BAKER,                 *
                               *
      Defendants.              *
* * * * * * * * * * * * * * * *
```

**NOTICE OF APPEAL**

The defendants notify the Court of their appeal of the Order and Decision of the United States District Court dated June 16, 2005 (Young, C.J.) to the First Circuit Court of Appeals pursuant to 28 U.S.C. § 1292(b) and Fed. R. App. P. 5.

| | |
|---|---|
| FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY<br>By its attorneys,<br><br>/s/ Cherie Bosarge Dutton<br><br>Cherie Bosarge Dutton, BBO #655136<br>William T. Matlack, BBO #552109<br>SULLIVAN & WORCESTER, LLP<br>1 Post Office Square<br>Boston, MA 02109<br>(617) 338-2800<br><br><br>BAKER ASSOCIATES INSURANCE AGENCY,<br>INC., and GARY M. BAKER<br>By their attorneys, | /s/ Richard L. Neumeier<br><br>Richard L. Neumeier, BBO #369620<br>MORRISON MAHONEY, LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 439-7500<br><br>JOSEPH BONASERA<br>By his attorneys,<br><br><br>/s/ Kerry D. Florio<br>William D. Chapman, BBO# 551261<br>Michael R. Byrne, BBO #558899<br>Kerry D. Florio, BBO #647489<br>MELICK PORTER & SHEA, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 523-6200 |

CERTIFICATE OF SERVICE

    I, Kerry D. Florio, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

        Shannon M. Fitzpatrick
        NATHANSON & GOLDBERG, P.C.
        Two Oliver Street
        Boston, MA 02109


        /s/ Kerry D. Florio

        Kerry D. Florio


Date: June 30, 2005