## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12188

Maria Miara

v.

First Allmerica Financial Life Insurance Company, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/30/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 12, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/15/05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12188-WGY

Miara v. First Allmerica Financial Life Insurance Company et al
Assigned to: Chief Judge William G. Young
Case in other court: Suffolk Superior Court, 04-04067B
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 10/19/2004
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Maria Miara**  represented by  **Shannon M. Fitzpatrick**
Nathanson & Goldberg PC
Two Oliver Street
8th Floor
Boston, MA 02109
617-210-4800
Fax: 617-210-4824
Email: smf@natgolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**First Allmerica Financial Life Insurance Company**  represented by  **Cherie M. Bosarge Dutton**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
617-338-2800
Fax: 617-338-2880
Email: cdutton@sandw.com

                                          *ATTORNEY TO BE*
*NOTICED*

**William T. Matlack**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
617-338-2800
Fax: 617-338-2880
Email:
wmatlack@sandw.com
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**Joseph F. Bonasera**　　　represented by　**Kerry D. Florio**
Melick, Porter & Shea, LLP
28 State Street
22nd Floor
Boston, MA 02109-1775
617-523-6200
Fax: 617-523-8130
Email:
kflorio@melicklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**William D. Chapman**
Melick, Porter & Shea, LLP
22nd Floor
28 State Street
Boston, MA 02109-1775
617-523-6200
Fax: 617-523-8130
Email:
wchapman@melicklaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Baker Associates Insurance Agency, Inc.** represented by **Richard L. Neumeier**
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
617-439-7500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary M. Baker** represented by **Richard L. Neumeier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2004 | 1 | NOTICE OF REMOVAL by Gary M. Baker, Baker Associates Insurance Agency, Inc. from Suffolk Superior Court, case number 04-4067B. $ 150, receipt number 59447, filed by Gary M. Baker, Baker Associates Insurance Agency, Inc.. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(Bell, Marie) (Entered: 10/21/2004) |
| 10/19/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Bell, Marie) (Entered: 10/21/2004) |
| 11/10/2004 | 2 | STATE COURT Record received. (Bell, Marie) (Entered: 11/15/2004) |

| | | |
|---|---|---|
| 11/17/2004 | 3 | ANSWER to Complaint *and Affirmative Defenses* by First Allmerica Financial Life Insurance Company. (Dutton, Cherie) (Entered: 11/17/2004) |
| 11/17/2004 | 4 | CORPORATE DISCLOSURE STATEMENT by First Allmerica Financial Life Insurance Company. (Dutton, Cherie) (Entered: 11/17/2004) |
| 11/18/2004 | 5 | MOTION to Remand by Maria Miara. c/s.(Bell, Marie) (Entered: 11/18/2004) |
| 11/18/2004 | 6 | MEMORANDUM in Support re 5 MOTION to Remand filed by Maria Miara. c/s. (Bell, Marie) (Entered: 11/18/2004) |
| 11/24/2004 | 7 | NOTICE of Removal of Default Against Defendant Bonasera by Maria Miara (Bell, Marie) (Entered: 11/29/2004) |
| 11/29/2004 | 9 | Opposition re 5 MOTION to Remand filed by Gary M. Baker, Baker Associates Insurance Agency, Inc. c/s. (Bell, Marie) (Entered: 12/02/2004) |
| 12/01/2004 | 8 | NOTICE of Scheduling Conference16.1 Scheduling Conference set for 1/3/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 12/01/2004) |
| 12/02/2004 | 12 | Opposition re 5 MOTION to Remand filed by Joseph F. Bonasera.c/s. (Bell, Marie) (Entered: 12/09/2004) |
| 12/03/2004 |  | NOTICE of Hearing on Motion 5 MOTION to Remand: Motion Hearing set for 1/13/2005 02:00 PM before Chief Judge William G. Young. The hearing will take place at: BOSTON COLLEGE LAW SCHOOL, 885 Centre St., East Wing Rm. 115, Newton, MA. The scheduling conference previously set for Jan. 3, 2005 is cancelled. If the case stays in the federal court after the hearing on Jan. 13,2005, then the Court will hold a scheduling conference. No case management proposal is to be done previous to the |

| | | |
|---|---|---|
| | | Jan. 13, 2005 hearing. cc/cl(Smith, Bonnie) (Entered: 12/03/2004) |
| 12/03/2004 | 10 | NOTICE of Appearance by William T. Matlack on behalf of First Allmerica Financial Life Insurance Company (Matlack, William) (Entered: 12/03/2004) |
| 12/03/2004 | 11 | ANSWER to First Amended Complaint (Notice of Removal) with JURY DEMAND by Joseph F. Bonasera. c/s.(Bell, Marie) Modified on 12/13/2004 (Bell, Marie). (Entered: 12/07/2004) |
| 12/09/2004 | 13 | ANSWER to First Amended Complaint (Notice of Removal) by Gary M. Baker, Baker Associates Insurance Agency, Inc. c/s. (Bell, Marie) (Entered: 12/13/2004) |
| 01/05/2005 | | Electronic Notice of correction to docket made by Court staff. Correction: Atty Florio deleted and re-added to docket to correct e-mail problems. (Hurley, Virginia) (Entered: 01/05/2005) |
| 01/13/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 1/13/2005 re 5 MOTION to Remand filed by Maria Miara,. After hearing the Court takes the matter Under Advisement. (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 01/18/2005) |
| 06/16/2005 | 14 | Judge William G. Young : Electronic ORDER entered. MEMORANDUM AND CERTIFICATION...the defendants shall have 10 days from the date of this Memorandum and Certification to appeal to the Court of Appeals for the First Circuit....the defendants are ordered to provide notice of such appeal, if any, to this Court....If defendants fail so to appeal in the statutory 10 day period, or if the First Circuit demurs and elects, in its rightful discretion, not to entertain an interlocutory appeal, then this Court will promptly remand Miara's state claims to the Massachusetts |

| | | |
|---|---|---|
| | | Superior Court sitting in and for the County of Suffolk... cc/cl (Smith, Bonnie) (Entered: 06/17/2005) |
| 06/16/2005 | 15 | Judge William G. Young : Electronic ORDER OF CERTIFICATION entered. re 14 Memorandum and CERTIFICATION cc/cl (Smith, Bonnie) (Entered: 06/17/2005) |
| 06/30/2005 | 16 | *Notice of Interlocutory Appeal pursuant to 28 U.S.C. 1292(b) and Fed. R. App. P. 5* NOTICE OF APPEAL to the First Circuit as to 14 Memorandum & Opinion, 15 Order by First Allmerica Financial Life Insurance Company, Joseph F. Bonasera, Baker Associates Insurance Agency, Inc., Gary M. Baker. Filing fee $ 255. Appeal Record due by 7/20/2005. (Florio, Kerry) Modified on 7/12/2005 (Ramos, Jeanette). (Entered: 06/30/2005) |