

# United States Court of Appeals
## For the First Circuit

No.   05-2055

MARIA MIARA

Plaintiff - Appellee

v.

FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; JOSEPH F. BONASERA; BAKER ASSOCIATES INSURANCE AGENCY, INC.; GARY M. BAKER

Defendants - Appellants

### JUDGMENT

Entered: March 23, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered 3/2/06, appellants' were directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellants' were warned that failure to respond by 3/16/05 would lead to dismissal for lack of diligent prosecution.

Appellants' having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 4/13/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Shannon M. Fitzpatrick, Esq., Alvin S. Nathanson, Esq., William T. Matlack, Esq., Cherie Michelle Bosarge Dutton, Esq., William D. Chapman, Esq., Michael R. Byrne, Esq., Kerry D. Florio, Esq., Richard L. Neumeier, Esq.   ]