**NATHANSON & GOLDBERG**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

FILED
CLERKS OFFICE

2006 JUN -7 A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 6, 2006

Clerk
U.S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:  Maria Miara
Vs.  First Allamerica Financial Life Insurance Company, et al.
CA   04-12188WGY

Dear Sir/Madam:

On March 23, 2006, the U.S. Court of Appeals for the First Circuit entered an Order dismissing the appeal of the defendants, a copy of which Order is enclosed herewith. Since the defendants attempted to appeal from an Order of Remand by the Court (Young, CJ), and since their appeal has been dismissed, the within case needs and should be remanded to the State Court, i.e. the Suffolk Superior Court from which Court the defendants removed this case.

Accordingly, I would appreciate your expediting the remand of this case to the Suffolk Superior Court and advising counsel of the same.

Very truly yours,

Alvin S. Nathanson
enc

cc:  counsel of record
     client

TWO OLIVER STREET • BOSTON, MASSACHUSETTS 02109 • TELEPHONE 617/210-4800 • FACSIMILE 617/210-4824
www.natgolaw.com



# United States Court of Appeals
## For the First Circuit

No.   05-2055

MARIA MIARA

Plaintiff - Appellee

v.

FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; JOSEPH F. BONASERA; BAKER ASSOCIATES INSURANCE AGENCY, INC.; GARY M. BAKER

Defendants - Appellants

---

### JUDGMENT

Entered: March 23, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered 3/2/06, appellants' were directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellants' were warned that failure to respond by 3/16/05 would lead to dismissal for lack of diligent prosecution.

Appellants' having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/13/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Shannon M. Fitzpatrick, Esq.; Alvin S. Nathanson, Esq.; William T. Matlack, Esq., Cherie Michelle Bosarge Dutton, Esq., William D. Chapman, Esq., Michael R. Byrne, Esq., Kerry D. Florio, Esq., Richard L. Neumeier, Esq.   ]