UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                   Civil Action
                                                                                   No: <u>04-12188-WGY</u>

MIARA
Plaintiff

v.

FIRST ALLAMERICA FINANCIAL LIFE INS.
Defendant

<u>ORDER OF REMAND</u>

YOUNG, D.J.

      In accordance with the Court's Order dated  6/16/05 , the above-entitled action is hereby remanded to the Superior Court sitting in and for the County of Suffolk..

                                                                            By the Court,

                                                                            /s/ Elizabeth Smith

                                                                            Deputy Clerk

June 9, 2006

To:  All Counsel