UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:04-CV-12188-WGY

* * * * * * * * * * * * * * * * * * * *
                                      *
MARIA MIARA,                          *
      Plaintiff,                      *
                                      *
v.                                    *
                                      *
FIRST ALLMERICA FINANCIAL             *
LIFE INSURANCE COMPANY,               *
JOSEPH F. BONASERA, BAKER             *
ASSOCIATES INSURANCE                  *
AGENCY, INC. and                      *
GARY M. BAKER,                        *
      Defendants.                     *
                                      *
* * * * * * * * * * * * * * * * * * * *

### NOTICE OF WITHDRAWAL

Pursuant to Mass. R. Civ. P. 11, please enter my withdrawal as counsel of record for the defendant, Joseph F. Bonasera, in the above-captioned matter. Please note that William D. Chapman, BBO# 551261, will continue to serve as counsel for the defendant.

_____
Kerry D. Florio, BBO# 647489
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200

Date: August 7, 2006

## CERTIFICATE OF SERVICE

I, Kerry D. Florio, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

>Alvin S. Nathanson, Esq.
>Nathanson & Goldberg, P.C.
>Two Oliver Street
>Boston, MA 02109
>
>Cherie Bosarge Dutton, Esq.
>Sullivan & Worcester, LLP
>One Post Office Square
>Boston, MA 02109
>
>Richard L. Neumeier, Esq.
>Morrison Mahoney, LLP
>250 Summer Street
>Boston, MA 02210-1181

_____
Kerry D. Florio

Date: August 7, 2006